DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

INNOVA INVESTMENT GROUP, LLC and
IZARO ETXEA, LLC,

Appellants,

v.

A&M INVESTMENT TRUST, LLC,

Appellee.

No. 2D22-3627

_____

February 16, 2024

Appeal from the Circuit Court for Hillsborough County; Jennifer
Gabbard, Judge.

Matthew Estevez of Matthew Estevez, P.A., Doral, (withdrew after
briefing); Stuart A. Lipson of Law Offices of Stuart A. Lipson, North
Miami Beach, for Appellants.

Ross M. Mabery of Perry G. Gruman, P.A., Tampa, for Appellee.


PER CURIAM.

    Affirmed.

CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.